UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JUAN A. SANTAIGO DEL VALLE ET ALS<br><br>PLAINTIFFS<br><br>VS.<br><br>METROPOL HATO REY, LLC ET ALS<br><br>DEFENDANTS | CIVIL NO. 2018-1464 (GAG)<br><br><br><br>RETALIATION UNDER ADEA, TORTS |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

COMES NOW, JUAN A SANTIAGO DEL VALLE, CANDIDA SANTOS DE SANTIAGO AND THEIR LEGAL CONJUGAL PARTNERSHIP, through the undersigned attorney, who respectfully requests and prays as follows:

The parties to the present case have reached an agreement,. In accordance to the same, plaintiffs respectfully request from this Honorable Court, dismiss the case with prejudice without the imposition of costs or attorney's fees.

WHEREFORE, it is respectfully requested from the Honorable Court take notice of the present motion and dismiss the case with prejudice in favor of defendants.

It is hereby certified that the foregoing motion was filed with the Clerk of the Court and notified to the parties, via the CM/ECF system of the Court.

Respectfully Submitted in San Juan, Puerto Rico, this 24th of December of 2019.

S/Javier A Rivera-Vaquer
USDC-PR No. 225809

JOSE A RIVERA-CORDERO
JAVIER A RIVERA-VAQUER
PO BOX 192376
SAN JUAN, PR 00919-2376
TEL (787) 759-3634
FAX (787) 200-9572
EMAIL:jariva@rimerico.com