## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **JUAN A. SANTAIGO DEL VALLE, et al.,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**METROPOL HATO REY, LLC, et al.,**<br><br>**Defendants.** | **CIVIL NO. 18-1464 (GAG-BJM)** |

## <u>JUDGMENT</u>

As per Plaintiffs' request for voluntary dismissal under Rule 41 (a)(1) of the Federal Rules of Civil Procedure (Docket No. 39), judgment is hereby entered **DISMISSING with prejudice** Plaintiffs' claims against Defendants.

**SO ORDERED.**

In San Juan, Puerto Rico this 26th day of December, 2019.

*s/ Gustavo A. Gelpí*
GUSTAVO A. GELPI
United States District Judge